# Court of Appeals
# of the State of Georgia

ATLANTA,_____March 24, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A0920. ANNETTE C. HOWELL et. al. v. BEAULY, LLC.**

Annette C. Howell filed this direct appeal from the superior court's order granting Beauly, LLC a writ of possession. Subsequently, Beauly LLC, filed a motion to dismiss Howell's appeal, arguing that Howell's appeal is not directly appealable. Beauly, LLC is correct.

When a superior court order involves a de novo appeal from a magistrate court's decision, an appellant is required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). Because Howell failed to comply with the discretionary appeal procedure as required, Beauly LLC's motion to dismiss is GRANTED, and this appeal is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_____03/24/2016_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*